

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAQUEIRA BUCHANAN, | |
| Plaintiff, | |
| | CIVIL ACTION NO.: |
| v. | |
| | 2:11-CV-4597-CDJ |
| CAROLYN W. COLVIN, | |
| Defendant. | |

## ORDER

AND NOW, this 30th day of January 2014, it is hereby **ORDERED** that the Report and Recommendation, (Doc. No. 21), of Magistrate Judge Lynne A. Sitarski, is **ADOPTED IN PART**. It is **ADOPTED** except for the portion concerning the ALJ's consideration of plaintiff's obesity in determining her residual functional capacity. It is further **ORDERED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings in accordance with the court's accompanying memorandum.

BY THE COURT:

C. DARNELL JONES II, J.